UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC.,

                  Plaintiff,

      -against-

BNS INDUSTRIES, INC., d/b/a
LUXEBRANDS and DOES 1-10,

              Defendants.

Case No. 1:25-cv-03560 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been advised that Defendant BNS Industries, Inc. ("BNS") has filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Eastern District of New York. *See* Dkt. 31. Accordingly, the above-captioned case is hereby STAYED as to BNS, the only named defendant, pending the conclusion of its bankruptcy matter. *See* 11 U.S.C. § 362(a).

Dated: December 15, 2025
      New York, New York

                            SO ORDERED.

                            *Jennifer Rochon*
                            JENNIFER L. ROCHON
                            United States District Judge